UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>　　Rebecca Suzanne Murray<br>　　Derek Allen Murray<br>　　　　　Debtor(s) | Case No. 17 B 03331 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1) The case was filed on 02/04/2017.

　　2) The plan was confirmed on NA.

　　3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

　　4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

　　5) The case was Dismissed on 09/27/2017.

　　6) Number of months from filing to last payment: 5.

　　7) Number of months case was pending: 10.

　　8) Total value of assets abandoned by court order: NA.

　　9) Total value of assets exempted: NA.

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,340.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$2,340.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,230.02 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $109.98 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,340.00** |
| Attorney fees paid and disclosed by debtor: | $1,430.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advocate Medical Group | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| Affiliated Radiologists S.C. | Unsecured | 4,366.00 | NA | NA | 0.00 | 0.00 |
| Afni | Unsecured | 194.73 | NA | NA | 0.00 | 0.00 |
| Afni | Unsecured | 1,640.17 | NA | NA | 0.00 | 0.00 |
| Afni | Unsecured | 697.30 | NA | NA | 0.00 | 0.00 |
| Alliance Collection Agencies | Unsecured | 884.00 | NA | NA | 0.00 | 0.00 |
| Arnold Scott Harris, P.C. | Unsecured | 475.80 | NA | NA | 0.00 | 0.00 |
| Baluchi Medical Group | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| Bayview Loan Servicing LLC | Unsecured | 25,075.84 | 27,877.78 | 25,075.84 | 0.00 | 0.00 |
| Blatt Hassenmiller Leibsker & Moore | Unsecured | 4,384.92 | NA | NA | 0.00 | 0.00 |
| BYL Collection Services, LLC | Unsecured | 271.34 | NA | NA | 0.00 | 0.00 |
| Cadence Health | Unsecured | 1,202.88 | NA | NA | 0.00 | 0.00 |
| Chicago Health Medical Group | Unsecured | 367.10 | NA | NA | 0.00 | 0.00 |
| Childrens Surgical Foundation, Inc | Unsecured | 73.35 | NA | NA | 0.00 | 0.00 |
| Choice Recovery, Inc. | Unsecured | 145.50 | NA | NA | 0.00 | 0.00 |
| Cisco, Inc. | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Law | Unsecured | 893.40 | NA | NA | 0.00 | 0.00 |
| CMRE Financial Services, Inc. | Unsecured | 650.91 | NA | NA | 0.00 | 0.00 |
| ComEd | Unsecured | 354.54 | NA | NA | 0.00 | 0.00 |
| Commonwealth Financial Systems | Unsecured | 381.29 | NA | NA | 0.00 | 0.00 |
| EPMG of Illinois | Unsecured | 141.20 | NA | NA | 0.00 | 0.00 |
| Escallate LLC | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| First Credit Corp. (Kirby) | Secured | 700.00 | NA | NA | 0.00 | 0.00 |
| Habitat Company LLC | Secured | 5,782.44 | 5,782.44 | 5,782.44 | 0.00 | 0.00 |
| Habitat Company LLC | Secured | 8,448.46 | 1,177.52 | 1,177.52 | 0.00 | 0.00 |
| Harris & Harris, Ltd. | Unsecured | 5,775.90 | NA | NA | 0.00 | 0.00 |
| Harris & Harris, Ltd. | Unsecured | 214.50 | NA | NA | 0.00 | 0.00 |
| Health Lab | Unsecured | 87.57 | NA | NA | 0.00 | 0.00 |
| Hinsdale Ortho | Unsecured | 62.62 | NA | NA | 0.00 | 0.00 |
| ICS | Unsecured | 204.56 | NA | NA | 0.00 | 0.00 |
| Ill. Laboratory Medicine Assoc. Ltd | Unsecured | 270.30 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Illinois State Tollway Authority | Unsecured | 107.50 | NA | NA | 0.00 | 0.00 |
| Integrity Solution Services, Inc. | Unsecured | 377.10 | NA | NA | 0.00 | 0.00 |
| Lake Street Family Physicians | Unsecured | 682.52 | NA | NA | 0.00 | 0.00 |
| Loyola University | Unsecured | 7,022.48 | NA | NA | 0.00 | 0.00 |
| Lurie Childrens Hospital | Unsecured | 12,715.25 | NA | NA | 0.00 | 0.00 |
| M3 Financial Services | Unsecured | 471.10 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists, LLC. | Unsecured | 355.21 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists, LLC. | Unsecured | 365.68 | NA | NA | 0.00 | 0.00 |
| Medicredit, Inc. | Unsecured | 455.63 | NA | NA | 0.00 | 0.00 |
| Merchants Credit | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| Met. Advanced Radiation Serv. Ltd. | Unsecured | 16.09 | NA | NA | 0.00 | 0.00 |
| MiraMed Revenue Group | Unsecured | 2,111.27 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collections, Inc | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| NCC Nationwide | Unsecured | 1,252.88 | NA | NA | 0.00 | 0.00 |
| Northland Group Inc. | Unsecured | 586.44 | NA | NA | 0.00 | 0.00 |
| Northwestern Medical Group | Unsecured | 281.97 | NA | NA | 0.00 | 0.00 |
| Northwestern Medicine | Unsecured | 1,698.27 | NA | NA | 0.00 | 0.00 |
| Oak Park District 97 | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| Oak Park River Forest High School | Unsecured | 318.00 | NA | NA | 0.00 | 0.00 |
| OccHealth/ MacNeal Hospital | Unsecured | 100.11 | NA | NA | 0.00 | 0.00 |
| Percy Julian Middle School | Unsecured | 321.25 | NA | NA | 0.00 | 0.00 |
| Performant | Unsecured | 60,874.17 | 0.00 | 0.00 | 0.00 | 0.00 |
| Progressive | Unsecured | 67.83 | NA | NA | 0.00 | 0.00 |
| Rand Oakes Condo Assn. | Secured | 5,782.44 | NA | 5,782.44 | 0.00 | 0.00 |
| Rush Oak Park Physicians Group | Unsecured | 112.13 | NA | NA | 0.00 | 0.00 |
| Rush University Med Group | Unsecured | 409.90 | NA | NA | 0.00 | 0.00 |
| Silver Cross Hospital | Unsecured | 2,786.43 | NA | NA | 0.00 | 0.00 |
| Sonnenschein Financial Services | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| State Collection Service, INC. | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| Transworld Systems Inc. | Unsecured | 1,876.64 | NA | NA | 0.00 | 0.00 |
| Unique National Collections | Unsecured | 413.27 | NA | NA | 0.00 | 0.00 |
| US Department of Education National | Unsecured | 106,903.02 | NA | NA | 0.00 | 0.00 |
| Village of Forest Park | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Village of Oak Park | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| West Sub Medical Center | Unsecured | 956.51 | NA | NA | 0.00 | 0.00 |
| William Beye | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| Wilmington Savings Fund Society FSB | Secured | 113,283.34 | 132,373.15 | 132,373.15 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $132,373.15 | $0.00 | $0.00 |
| Mortgage Arrearage | $11,564.88 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $1,177.52 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$145,115.55** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$25,075.84** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,340.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$2,340.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/15/2017                        By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**